DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDER CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC7, MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Defendant. | Case No.: 2:18-cv-00363-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO OPPOSE SFR'S MOTION TO DISMISS [ECF No. 11]** |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates (BONYM) and Defendant SFR Investments Pool 1, LLC (SFR), through their attorneys of record, stipulate to extend the time for BONYM to file its opposition to SFR's motion to dismiss, ECF. No. 11, currently due on May 7, 2018, by two days, to May 9, 2018.

. . .

. . .

. . .

45143716;1

This is BONYM's first request for an extension of this deadline, and is not intended to cause delay or prejudice to any party.

This the 7th day of May, 2018.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff BoNYM*

This the 7th day of May, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 8th day of May, 2018.

45143716;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of May, 2018, and pursuant to FRCP 5, I served and deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER** postage prepaid and addressed to:

Diana Cline Ebron, Esq.
**Kim Gilbert Ebron**
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

45143716;1