# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDER CWALT, INC., ALTERNATIVE LOAN TRUST 2006-0C7, MORTGAGE PASS-THROUGH CERTIFICATES,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC,

Defendant.

2:18-cv-00363-RFB-VCF

**ORDER**

The court has reviewed The Bank of New York Mellon's Emergency Motion for a Protective Order to Limit Defendant's 30(B)(6) Deposition Topics (ECF NO. 23).

Accordingly,

IT IS HEREBY ORDERED that the RULE 30(b)(6) DEPOSITION OF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC7, MORTGAGE PASS-THROUGH CERTIFICATES scheduled for September 20, 2018, is stayed pending further order of the court.

IT IS FURTHER ORDERED that The Bank of New York Mellon's Emergency Motion for a Protective Order to Limit Defendant's 30(B)(6) Deposition Topics (ECF NO. 23) will be briefed in the ordinary course.

DATED this 18th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE