# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>        Defendant. | 2:18-cv-00363-RFB-VCF<br><br>**<u>ORDER</u>** |

      Before the court is The Bank of New York Mellon's Emergency Motion for a Protective Order to Limit Defendant 30(b)(6) Deposition Topics (ECF NO. 23).

      Accordingly,

      IT IS HEREBY ORDERED that a hearing on The Bank of New York Mellon's Emergency Motion for a Protective Order to Limit Defendant 30(b)(6) Deposition Topics (ECF NO. 23) is scheduled for 2:00 PM, November 15, 2018, in Courtroom 3D.

      DATED this 22nd day of October, 2018.

                                                                                     CAM FERENBACH<br>
                                                                                   UNITED STATES MAGISTRATE JUDGE