DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC7, MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Defendant. | Case No.: 2:18-cv-00363-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC7, MORTGAGE PASS-THROUGH CERTIFICATES' MOTION FOR PROTECTIVE ORDER [ECF NO. 23]** |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates (**BoNYM**) and Defendant SFR Investments Pool 1, LLC (**SFR**), stipulate to continue the hearing on BoNYM's motion for protective order, ECF No. 23, currently scheduled for November 15, 2018 at 2:00 p.m.

…

…

…

46985936;1

The parties propose the following dates to continue this hearing: anytime on November 19, 2018; the afternoon of November 20, 2018; or the morning of November 26, 2018.

This continuance is requested due to scheduling conflicts for BoNYM on the original hearing date.

DATED: November 14, 2018.  DATED: November 14, 2018.

**AKERMAN LLP**  **KIM GILBERT EBRON**

*/s/ Jamie K. Combs*  */s/ Diana S. Ebron*
DARREN T. BRENNER, ESQ.  DIANA S. EBRON, ESQ.
Nevada Bar No. 8386  Nevada Bar No. 10580
JAMIE K. COMBS, ESQ.  JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 13088  Nevada Bar No. 10593
1635 Village Center Circle, Suite 200  KAREN L. HANKS, ESQ.
Las Vegas, Nevada 89134  Nevada Bar No. 9578
 7625 Dean Martin Drive, Suite 110
*Attorneys for Plaintiff BoNYM*  Las Vegas, Nevada 89139

*Attorneys for Defendant SFR Investments Pool 1, LLC*

## ORDER

**IT IS SO ORDERED.** The hearing on BoNYM's motion for protective order, ECF No. 23, shall be continued to November 19, 2018 at 10:00 AM, Courtroom 3D.

_____
**UNITED STATES MAGISTRATE JUDGE**

November 15, 2018
_____
**DATED**

46985936;1