DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC7, MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:18-cv-00363-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSE TO THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC7, MORTGAGE PASS-THROUGH CERTIFICATES MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates (**Plaintiff**), and Defendant, SFR Investments Pool 1, LLC (**Defendant**), hereby stipulate and agree to extend the deadline for Defendant to file a response to Plaintiff's Motion for Partial Summary Judgment to twenty-one (21) days after the current dispositive motions deadline of January 22, 2019. This stipulation and agreement is made in an effort to allow all of the summary judgment briefing to occur in accordance with the new dispositive motions deadline.

Pursuant to the Stipulation and Order for Extension of Time to File Dispositive Motions and Pretrial Order filed on November 21, 2018 and entered on November 26, 2018, the current dispositive motions deadline is Tuesday, January 22, 2019. [ECF No. 37]. Plaintiff filed a Motion for Partial Summary Judgment on November 21, 2018 [ECF No. 35]. Defendant's response is currently due on December 12, 2018. For purposes of consistency, the parties request an extension of the deadline for Defendant to file its Response to Plaintiff's Motion for Partial Summary Judgment [ECF No. 35] to **Tuesday, February 12, 2019**, twenty-one (21) days after the current dispositive motions deadline.

This is the parties' first request to extend the deadline for Defendant to file a response to Plaintiff's Motion for Partial Summary Judgment [ECF No. 35]. This request is made in good faith and is not intended to cause any delay or prejudice to any party.

**KIM GILBERT EBRON**

*/s/ Karen L. Hanks*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Ste. 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of December, 2018.

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301