UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Defendant. | Case No. 2:18-cv-00363-RFB-VCF<br><br>**AMENDED ORDER** |

Plaintiff the Bank of New York Mellon fka the Bank of New York opened this case by filing a complaint on February 28, 2018. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on April 11, 2018. ECF No. 10. Judgment in favor of Defendant SFR Investments Pool 1, LLC was entered in this matter on March 26, 2019. ECF Nos. 45 (Order Granting Dismissal), 46 (Clerk's Judgment). However, the judgment did not address the certificate of cash deposit. The Court now corrects its Order to include instructions regarding the $500 deposit.

**IT IS ORDERED** that the $500 deposit be refunded in accordance with the certificate of cash deposit, ECF No. 10, to: Bank of New York Mellon c/o Jamie K. Combs – Akerman, 1635 Village Center Circle, Suite 200, Las Vegas, NV 89134.

**DATED:** <u>August 20, 2019</u>.

 

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**